| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Kathleen**<br>First Name | **Mika**<br>Middle Name | **Walas**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA** | | | |
| Case number<br>(if known) | **18-25221-MAM** | | |

☑ Check if this is an amended filing

Official Form 106Sum
# Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B................................................................. **$450,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B..................................................... **$2,884.39**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................. **$452,884.39**

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$635,627.84**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................... **$0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........... + **$38,917.41**

   **Your total liabilities**   **$674,545.25**

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I.................................................... **$1,174.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J............................................................. **$1,885.00**

Debtor 1  **Kathleen Mika Walas**　　　　　　　　　　　　　　　　　Case number (if known)  **18-25221-MAM**

**Part 4:　Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
    ☑ Yes

7. **What kind of debt do you have?**

    ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.　　　　　　　　　　　　$0.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

    　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total claim**

    **From Part 4 on *Schedule E/F*, copy the following:**

    9a.　Domestic support obligations.  (Copy line 6a.)　　　　　　　　　$0.00

    9b.　Taxes and certain other debts you owe the government.  (Copy line 6b.)　　　　　　　　　$0.00

    9c.　Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)　　　　　　　　　$0.00

    9d.　Student loans.  (Copy line 6f.)　　　　　　　　　$0.00

    9e.　Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)　　　　　　　　　$0.00

    9f.　Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)　　　　　　**+**　$0.00

    9g.　**Total.**　Add lines 9a through 9f.　　　　　　　　　$0.00

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Kathleen**    **Mika**    **Walas** <br> First Name    Middle Name    Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number <br> (if known) | **18-25221-MAM** |

☑ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral | *Column B* <br> **Value of collateral that supports this claim** | *Column C* <br> **Unsecured portion** <br> If any |
|---|---|---|---|

**2.1**

| **Nationstar Mortgage** <br> Creditor's name <br> **POB 650783** <br> Number   Street <br><br> **Dallas**    **TX**    **75265** <br> City    State    ZIP Code | **Describe the property that secures the claim:** <br> **5510 N Ocean Dr # 16-B, Singer Island, FL 33404** | $633,752.84 | $450,000.00 | $183,752.84 |
|---|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Mortgage**

Last 4 digits of account number   **9   9   2   9**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $633,752.84 |
|---|---|

Official Form 106D     Schedule D: Creditors Who Have Claims Secured by Property     page 1

Debtor 1  **Kathleen Mika Walas**   Case number (if known) __18-25221-MAM__

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**
After listing any entries on this page, number them sequentially from the previous page.

| 2.2 | Describe the property that secures the claim: | $1,875.00 | $450,000.00 | $1,875.00 |
|---|---|---|---|---|

**Water Glades 300 Condominum Assn**
Creditor's name
**Accounting Department, Inc.**
Number   Street
**185 E Indiantown Rd # 124**

**5510 N Ocean Dr # 16-B,
Singer Island, FL 33404**

**Jupiter     FL   33477**
City         State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Association fees - Special Assessment**

☐ Check if this claim relates to a community debt

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

**Added 1/15/19**

**Add the dollar value of your entries in Column A on this page. Write that number here:**        $1,875.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**        $635,627.84

Official Form 106D        **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**        page 2

Debtor 1     **Kathleen Mika Walas**                                  Case number (if known)   **18-25221-MAM**

**Part 2:     List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | | | |
|---|---|---|---|
| 1 | **Becker & Poliakoff, P.A.**<br>Name<br>**1 E Broward Blvd # 1800**<br>Number    Street<br><br>**Fort Lauderdale**       **FL**    **33301**<br>City                          State    ZIP Code | On which line in Part 1 did you enter the creditor?<br><br>Last 4 digits of account number | **2.2**<br><br>___ ___ ___ ___ |
| 2 | **Robertson, Anschutz & Schneid, P.L.**<br>Name<br>**6409 Congress Ave # 100**<br>Number    Street<br><br>**Boca Raton**            **FL**    **33487**<br>City                          State    ZIP Code | On which line in Part 1 did you enter the creditor?<br><br>Last 4 digits of account number | **2.1**<br><br>**4**  **T**  **A**  **M** |
| 3 | **Water Glades 300 Condominium Assn, Inc.**<br>Name<br>**5544 N Ocean Dr**<br>Number    Street<br><br>**West Palm Beach**    **FL**    **33404**<br>City                          State    ZIP Code | On which line in Part 1 did you enter the creditor?<br><br>Last 4 digits of account number | **2.2**<br><br>___ ___ ___ ___ |

Official Form 106D          Part 2 of Schedule D: Creditors Who Have Claims Secured by Property          page 3

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Kathleen** **Mika** **Walas** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known) | **18-25221-MAM** |

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    - ☑ No. Go to Part 2.
    - ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ |
|---|---|
| Number    Street | When was the debt incurred? _____ |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| City    State    ZIP Code | ☐ Disputed |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ At least one of the debtors and another | |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Debtor 1    **Kathleen Mika Walas**                           Case number (if known)   **18-25221-MAM**

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1**   $5,921.00

**Ally Financial**
Nonpriority Creditor's Name
**POB 380901**
Number     Street

**Bloomington         MN      55438**
City                    State    ZIP Code

Last 4 digits of account number  **1  7  4  3**
When was the debt incurred?  **04/2013**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Auto Repo**

**2013 Cadillac SRX Luxury 4D SUV FWD**
**VIN: 3GYFNCE36DS566379**

**4.2**   $14,823.00

**Bank Of America**
Nonpriority Creditor's Name
**POB 982238**
Number     Street

**El Paso              TX      79998**
City                    State    ZIP Code

Last 4 digits of account number  **9  2  3  4**
When was the debt incurred?  **03/1974**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

Debtor 1 **Kathleen Mika Walas**   Case number (if known) **18-25221-MAM**

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**   $8,593.36

**Michigan Department of Treasury**
Nonpriority Creditor's Name
**City Tax Administration**
Number   Street
**POB 30741**

**Lansing**   **MI**   **48909**
City   State   ZIP Code

Last 4 digits of account number **3  3  3  8**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **State Taxes**

**Is the claim subject to offset?**
☒ No
☐ Yes

**4.4**   $9,580.05

**Singh Management LLC**
Nonpriority Creditor's Name
**POB 255005**
Number   Street

**West Bloomfield**   **MI**   **48325**
City   State   ZIP Code

Last 4 digits of account number **8  3  9  C**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Apartment Lease**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1  **Kathleen Mika Walas**                            Case number (if known)  **18-25221-MAM**

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Andreu, Palma, Lavin & Solis PLLC**
Name
**815 NE 57 Ave # 401**
Number    Street

**Miami**              **FL**     **33126**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **1  9  7  6**

**Central Credit Services LLC**
Name
**20 Corporate Hills Dr**
Number    Street

**Saint Charles**        **MO**    **63301**
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **1  1  1  4**

**Cidermill Village Apartments**
Name
**1515 Goldrush**
Number    Street

**Rochester**            **MI**    **48307**
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Michigan Department of Treasury**
Name
**Office of Collections**
Number    Street
**POB 30199**

**Lansing**              **MI**    **48909**
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Vital Recovery Services, LLC**
Name
**POB 923747**
Number    Street

**Peachtree Corners**    **GA**    **30010**
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **2  8  3  9**

Debtor 1    **Kathleen Mika Walas**                              Case number (if known)   18-25221-MAM

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

**Total claims from Part 1**

|     |                                                                                          |     | Total claim |
|-----|------------------------------------------------------------------------------------------|-----|-------------|
| 6a. | **Domestic support obligations**                                                         | 6a. | $0.00       |
| 6b. | **Taxes and certain other debts you owe the government**                                 | 6b. | $0.00       |
| 6c. | **Claims for death or personal injury while you were intoxicated**                       | 6c. | $0.00       |
| 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here.            | 6d. + | $0.00     |
| 6e. | **Total.**  Add lines 6a through 6d.                                                     | 6d. | $0.00       |

**Total claims from Part 2**

|     |                                                                                          |     | Total claim   |
|-----|------------------------------------------------------------------------------------------|-----|---------------|
| 6f. | **Student loans**                                                                        | 6f. | $0.00         |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts**                    | 6h. | $0.00         |
| 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here.         | 6i. + | $38,917.41  |
| 6j. | **Total.**  Add lines 6f through 6i.                                                     | 6j. | $38,917.41    |

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 5

**Fill in this information to identify your case:**

Debtor 1  **Kathleen**          **Mika**              **Walas**
          First Name            Middle Name           Last Name

Debtor 2  _____
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number  **18-25221-MAM**
(if known)

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules            12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Kathleen Mika Walas**              X _____
   Kathleen Mika Walas, Debtor 1              Signature of Debtor 2

   Date **01/15/2019**                         Date _____
        MM / DD / YYYY                              MM / DD / YYYY