

ORDERED in the Southern District of Florida on January 24, 2019.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

IN RE:                                                                                                CASE NO.: 18-25221-MAM
                                                                                                              CHAPTER 7

Kathleen Mika Walas,

    Debtor.

_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on for hearing on January 24, 2019 on CITIBANK, N.A., as Trustee for FEDERAL DEPOSIT INSURANCE CORPORATION 2010-R1 Trust's ("Secured Creditor") Motion for Relief from the Automatic Stay (Docket No. 11). The Court heard argument of the Parties and has based its decision on the record.  Accordingly, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.
2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 5510 N Ocean Drive 16B, Singer Island, FL 33404 in Palm Beach County, Florida and legally described as:

> CONDOMINIUM UNIT APT. 16-B IN WATER GLADES 300 CONDOMINIUM, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORD BOOK 2566, PAGE 74, AND ANY AMENDMENTS THERETO, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA; TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS DECLARED IN SAID DECLARATION OF CONDOMINIUM TO BE AN APPURTENANCE TO THE ABOVE DESCRIBED UNIT.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtors.

4. Secured Creditor is further granted relief in order to contact the Debtors by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. Attorneys' fees in the amount of $750.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Submitted by:
Nathalie Rodriguez
Robertson, Anschutz & Schneid, PL
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Nathalie Rodriguez, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service.

Kathleen Mika Walas
5510 N Ocean Dr # 16-B
Singer Island, FL 33404

John D. Segaul
300 S. Pine Island Rd #304
Plantation, FL 33324

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130